UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GORDON | CIVIL ACTION NO. 04-2130-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| STALDER, ET AL | MAGISTRATE JUDGE HORNSBY |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Compel Access to the Courts [Doc. No. 13]. The Court finds that there is no evidence that Plaintiff has been denied access to the court. Furthermore, the Plaintiff has been granted an extension of time to submit the necessary documents to the Court.

Therefore:

IT IS ORDERED that Plaintiff's Motion to Compel Access to the Courts [Doc. No. 13] shall be **DENIED**.

Shreveport, Louisiana, October 3, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE