U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 25 2005

ROBERT H. SHEMWELL, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WAYNE GORDON | CIVIL ACTION NO. 04-2130-P |
| VERSUS | JUDGE HICKS |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by the Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

Shreveport, Louisiana, on this 24th day of October, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE